AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Alberto Beltran-Guevara

**CRIMINAL COMPLAINT**

Case Number: M-18-2327-M

IAE YOB: 1983
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 7, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Alberto Beltran-Guevara was encountered by Border Patrol Agents near Los Ebanos, Texas on November 7, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 7, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 24, 2015, through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 20, 2008 the Defendant was convicted of 8 USC 1326 Being found in the U.S. after previous deportation and was sentenced to one hundred thirty-five (135) days confinement.

Approved by

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

X _____
Signature of Complainant
Kellen Meador          Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 9, 2018

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer